United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-12610-elf |
| James E. Young, Jr. | Chapter 13 |
| Rebecca A. Watkins-Young | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James E. Young, Jr., Rebecca A. Watkins-Young, 1114 Custis Place, Philadelphia, PA 19122-4108 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13709079 | + | Auqa Finance nc. FBO Connexus Credit Uni, PO Box 3256, Milwaukee, WI 53201-3256 |
| 13782990 | + | Cavalry SPV I,LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road, Suite # 200, Tucson, AZ 85712-1083 |
| 13709081 | + | Central Finl Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 13709086 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13709089 | + | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13778636 | | Greensky Trade Credit, 197 N.E. Expressway, Suite 100, Atlanta, Ga 30329 |
| 13709091 | | Jefferson University Hospitals, P.O. Box 8500 - 3100, Philadelphia, PA 19178-3100 |
| 13709092 | | Jefferson University Physicians, PO Box 40089, Philadelphia, PA 19106-0089 |
| 13733185 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13709095 | + | Stellar Recovery Inc, 1327 Hwy 2 W, Kalispell, MT 59901-3432 |
| 13709096 | + | Suntrustbank/Gs Loan S, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |
| 14527312 | + | Towd Point Mortgage Trust 2020-3, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14567166 | + | Towd Point Mortgage Trust 2020-3, U.S. Bank Nation, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13751765 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 13709098 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13785787 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC# N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN, 55121-7700 |
| 13750227 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13709099 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | May 19 2021 01:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

Case 16-12610-elf    Doc 45    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:05 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13743755 | | Email/Text: bnc@atlasacq.com | May 19 2021 01:49:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13758049 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:55:18 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13798393 | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13709080 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:12 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13709083 | + | Email/Text: documentfiling@lciinc.com | May 19 2021 01:49:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 13709085 | + | Email/Text: bankruptcynotices@dcicollect.com | May 19 2021 02:00:00 | Diversified, P O Box 551268, Jacksonville, FL 32255-1268 |
| 13709087 | + | Email/Text: bankruptcy@fncbinc.com | May 19 2021 01:49:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 13709088 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | May 19 2021 01:49:00 | Freedom Credit Union, 626 Jacksonville Rd Ste 250, Warminster, PA 18974-4862 |
| 13709090 | + | Email/Text: Bankruptcy@FCScollects.com | May 19 2021 02:00:00 | Fst Coll Srv, Pob 3564, Little Rock, AR 72203-3564 |
| 13709082 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:54:59 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13709094 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13747679 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 13737844 | | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:51:30 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13733428 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 19 2021 01:51:24 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 13709097 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2021 01:49:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13785032 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13709093 | * | Jefferson University Physicians, PO Box 40089, Philadelphia, PA 19106-0089 |
| 13709084 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Rebecca A. Watkins-Young dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor James E. Young  Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Towd Point Mortgage Trust 2020-3  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James E. Young, Jr. and Rebecca A. Watkins−Young

    Debtor(s)                                         Bankruptcy No: 16−12610−elf

                                                                  Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                 900 Market Street
                                     Suite 400
                                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                                    Timothy B. McGrath
                                                                     Clerk of Court

Dated: 5/18/21

                                                                                                                           41 − 40
                                                                                               Form 138_new