*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 13

James E. Young, Jr. and Rebecca A. Watkins–Young        : Case No. 16–12610–elf
         Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 21, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                        By The Court

                                        Eric L. Frank
                                        Judge , United States Bankruptcy Court